PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Lloyd Woods  **Docket Number:** 03-00149-001
**PACTS Number:** 32202

**Name of Sentencing Judicial Officer:** HONORABLE Dennis M. Cavanaugh

**Date of Original Sentence:** 02/22/2006

**Original Offense:** CONSPIRACY TO DISTRIBUTE MARIJUANA

**Original Sentence:** Sixty-six (66) months imprisonment; four (4) years supervised release. Special conditions: DNA testing, and drug treatment.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 11/01/07

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Robert G. Stahl, 220 St. Paul Street, Westfield, New Jersey 07090, (908) 301-9001

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

      On June 11, 2008, the offender committed the law violations of attempted murder, aggravated assault with a weapon(knife), robbery by force, resisting arrest, terroristic threats, possession of a weapon(knife), and unlawful possession of a weapon(knife), as evidenced by his Livingston Police arrest.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 6/18/08

PROB 12C - Page 2
Lloyd Woods

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/18/2008
Date